IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00071-REB-MEH

RAYMOND H. ARMSTRONG,

    Plaintiff,

v.

VOLKSWAGEN GROUP OF AMERICA,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 19, 2016.**

    Before the Court is Plaintiff's Motion for Directed Verdict [filed February 16, 2016; docket #10]. Because it appears Defendant has not been properly served, the Motion is **denied without prejudice**. The Court will address this issue with Plaintiff at a Status Conference to be held on **March 3, 2016** at **11:00 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

    **Anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.** *See* **D.C. Colo. LCivR 83.2(b).**